In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Trustee of the Trusts Created for the Benefit of HARRISON G. OTIS and MAUDE D. HENDRICKSON, Under the Last Will and Testament of A. WALKER OTIS, Deceased. MAUDE D. HENDRICKSON, Petitioner; WILLIAM BRITTON STITT, Special Guardian for MARGARET E. OTIS, an Infant, and BANKERS TRUST COMPANY, as Trustee, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CARACK COMPANY, INC., v. ROBERT WILSON PAPER CORPORATION — WHEELWRIGHT PAPERS, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

## (April 16, 1937.)

MARGUERITE GORDON, Appellant, v. FIORELLO H. LAGUARDIA and Others, Composing the Board of Estimate and Apportionment of The City of New York, THE CITY OF NEW YORK, and STATEN ISLAND COACH COMPANY, INC., Respondents. — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

WILLIAM H. DRAPER, JR., as Treasurer of DILLON, READ & COMPANY, a Joint Stock Association, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellants, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

SOUTHERN DESK Co., INC., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

BELDING HEMINGWAY COMPANY, Respondent, v. SLATER MILLS, INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.